UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA,

    -against-

AZIZA JALOLOVA,

           Defendant,
_____X

NOTICE OF APPEARANCE AS COUNSEL

Case No: 18-cr-00509-GBD-7

SIRS:

PLEASE TAKE NOTICE, that the Defendant, AZIZA JALOLOVA, has retained Albert Y. Dayan, Esq. as her Attorney and requests that a copy of all papers in this proceeding be served upon the undersigned at the office and post office address stated below.

Dated: Kew Gardens, New York
       July 27, 2018

Respectfully submitted,

_____/s/_____
ALBERT Y. DAYAN, ESQ. (AYD-5222)
Attorney for the Defendant
AZIZA JALOLOVA
80-02 Kew Gardens Rd., Ste. 902
Kew Gardens, New York 11415
(718) 268-9400
dayanlaw@aol.com