**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
UNITED STATES,

                      Plaintiff,

      -against-

AZIZA JALOLOVA,

                     Defendant.
------------------------------------- x

ORDER

18 Crim. 509-7 (GBD)

GEORGE B. DANIELS, United States District Judge:

Given the recent filing of the presentence report, the April 12, 2022 sentencing is adjourned until May 31, 2022 at 10:00 a.m.

Dated: New York, New York
       April 5, 2022

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge